

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. C 09-05873 JW |
| Plaintiff, | ) ) ) | **ORDER REFERRING CASE TO MAGISTRATE JUDGE LLOYD FOR SETTLEMENT CONFERENCE; CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | ) ) | |
| CARDI M. PRINZI and LORI J. FRANKZKE, | ) ) ) | |
| Defendants. | ) ) | |

    Presently before the Court is the parties' Stipulation to refer this case to a magistrate judge for a settlement conference and to continue the Preliminary Pretrial Conference currently set for October 25, 2010.  (Docket Item No. 24.)  Based on the parties' Stipulation and ADR's recommendation, the Court finds good cause to refer this case to Judge Lloyd for a Settlement Conference.  On or before **October 18, 2010**, the parties shall contact Judge Lloyd's chambers to set up their conference.

    The Court also finds good cause to continue the Preliminary Pretrial Conference from October 25, 2010 to **December 20, 2010 at 10 a.m**.  On or before **December 10, 2010**, the parties shall file a Joint Preliminary Pretrial Statement.  The Statement shall include a status update on the parties' settlement efforts and the parties' proposed trial schedule.

    The Court's continuance of the Preliminary Pretrial Conference is not intended to extend any other deadlines.  Accordingly, the Case Schedule as set for in the Court's April 15, 2010 Scheduling Order shall remain unchanged.  (See Docket Item No. 17.)

    In light of this Order, the Court DENIES as moot Defendants' Motion to Appear by Telephone.  (Docket Item No. 25.)

Dated:  October 14, 2010

                                            JAMES WARE
                                            United States District Judge