**\*\* E-filed November 4, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | No. C09-05873 JW |
|---|---|
| Plaintiff, | **ORDER EXCUSING PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE** |
| v. | |
| CARDI M. PRINZI, et al., | |
| Defendants. | |

By written request dated October 15, 2010, plaintiff United States of America, by and through its counsel, Cynthia Stier, requested that the individual with full settlement authority be excused from personally appearing at the settlement conference in this case, scheduled for November 18, 2010. According to Ms. Stier, the individual with full settlement authority is the Chief of the Western Section of the Tax Division of the United States Department of Justice. No opposition was filed by any party, and the time for doing so has now expired.

Having considered the Government's request, and good cause appearing, the Court grants the request, provided that the Section Chief remain available by telephone from 9:30 a.m. Pacific Standard Time until further notice on November 18, 2010. If the Court concludes, however, that the absence of the Section Chief is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

**IT IS SO ORDERED.**

Dated: November 4, 2010



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-05873 HRL Notice will be electronically mailed to:**

Cynthia Lewis Stier        cynthia.stier@usdoj.gov
Jeffrey Peters Coleman     jeff@colemanlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**