1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-078T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
5  Telephone: (415) 436-7000
   FAX:       (415) 436-6748
6  Attorneys for United States

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
12/10/2010

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10          SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,          )
                                       )  Case No. CV 09-05873 JW
13          Plaintiff,                 )
                                       )
14     v.                              )
                                       )  STIPULATED REQUEST FOR
15  CARDI M. PRINZI and LORI J.        )  DISMISSAL AND [PROPOSED] ORDER
    FRANKZKE,                          )
16                                     )
            Defendants.                )
17                                     )
                                       )
18  _____)

19      **IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY**

20  **REQUESTED** by and between the United States of America, and defendants, Cardi M.

21  Prinzi and Lori J. Frankzke, as reflected by the signatures of their counsel as set forth

22  below, that this case be dismissed, with prejudice to allow the parties to consummate the

23  terms of a settlement.  Accordingly, the parties stipulate to dismiss this action provided,

24  however, that if any party notifies this Court on or before January 30, 2011, that

25  settlement has not been reached, then this order shall stand vacated and this case shall

26  forthwith be restored to the calendar and a case management conference scheduled.

27  //

28  //

|   |   |
|---|---|
|   | MELINDA HAAG<br>United States Attorney |
| Dated: 12/9/10 | /s/ Cynthia Stier<br>CYNTHIA STIER<br>Assistant United States Attorney<br>Tax Division |
| Dated: 12/9/10 | /s/ Jeffrey Coleman<br>JEFFREY COLEMAN, Esquire<br>Counsel for Defendants, Cardi M. Prinzi and<br>Lori J. Frankzke |

### ORDER

Pursuant to the Stipulation of the Plaintiff, United States of America, and Defendants, Cardi M. Prinzi and Lori J. Frankzke, and for good cause shown,

**IT IS HEREBY ORDERED** that this action is dismissed, with prejudice, provided, however, that if any party notifies this Court on or before January 30, 2011. Any party may move to have this case reopened in the event that the settlement is not completed on or before January 31, 2011.  The Clerk shall close the file.

**SO ORDERED**.

Dated: December 10, 2010

HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

U.S. v. Prinzi, et al
No CV 09-05873 JW
Stipulated Request to Dismiss Case
and [proposed] Order                    2